
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING, )<br>)<br>)<br>    Petitioners, )<br>)<br>    v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR; SALLY JEWELL, in her )<br>official capacity as Secretary of the Interior )<br>UNITED STATES BUREAU OF LAND )<br>MANAGEMENT; and NEIL KORNZE, in )<br>his official capacity as Director of the )<br>Bureau of Land Management )<br>)<br>    Respondents. ) | Case No. 15-CV-00043-SWS |

___

### ORDER GRANTING STATE OF NORTH DAKOTA'S UNOPPOSED MOTION TO INTERVENE AS PETITIONER
___

This matter comes before the Court on the State of North Dakota's Unopposed Motion to Intervene as Petitioner, in the above captioned action. After considering the Motion and all attached documents, the Court finds that the State of North Dakota has satisfied the elements for intervention as of right pursuant to Fed. R. Civ. P. 24(a)(2). It is hereby ORDERED that leave is GRANTED to allow North Dakota to intervene as a Petitioner.

Dated this 22nd day of April, 2015.

_____
Kelly H. Rankin
United States Magistrate Judge