JOHN C. CRUDEN
Assistant Attorney General
WILLIAM E. GERARD
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0475
william.gerard@usdoj.gov
DAVID A. CARSON
Environment and Natural Resources Division
U.S. Department of Justice
South Terrace – Suite 370
999 18th Street
Denver, CO 80202
Telephone: 303-844-1349
Fax: 303- 844-1350
david.a.carson@usdoj.gov

CHRISTOPHER A. CROFTS
United States Attorney
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| STATE OF WYOMING; et al. | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Case No. 15-CV-00043-SWS |
| | ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; et al. | ) | **(UNOPPOSED) JOINT MOTION TO CONSOLIDATE** |
| | ) | |
| Respondents. | ) | |

Federal Respondents the United States Department of the Interior, Secretary of the Interior Sally Jewell, the United States Bureau of Land Management, and Director of the Bureau of Land

Management Neil Kornze, along with Petitioners the States of Wyoming, Colorado, and North Dakota (collectively "movants"), hereby move for an order of the Court consolidating *Independent Petroleum Association of America et al. v. Jewell et al*., 2:15-cv-00041-SWS (D. Wyo.) with this case, *State of Wyoming v. United States Department of the Interior Secretary et al.*, 2:15-cv-00043-SWS. A proposed order accompanies this filing. The relevant parties are filing a comparable motion and proposed order in the other case.

Pursuant to Fed. R. Civ. P. 42(a) and in accordance with Local Rule 42.1, the movants hereby move this Court for an order consolidating 2:15-cv-00041-SWS with this action. Movants request that this case be designated the lead case, to which all future filings would be made, should the Court grant the requested consolidation.

The Court should consolidate the cases given their common questions of law and fact. Both cases challenge the decision made by the Department of the Interior and the Bureau of Land Management to promulgate administrative rules governing hydraulic fracturing on public and Indian lands. *See* 2:15-cv-00041-SWS (Dkt. 1); 2:15-cv-00043-SWS (Dkt. 1). Judicial review in both cases will be on the Bureau of Land Management's Administrative Record, which is the same Administrative Record for both cases.

Additionally, both cases will involve preliminary motions for equitable relief. On May 15, 2015, the Industry Petitioners filed a motion for preliminary injunction in case 2:15-cv-00041-SWS. On May 29, two of the State Petitioners in case number 2:15-cv-00043-SWS, Wyoming and Colorado, filed a motion for preliminary injunction. On June 1, 2015, the Court issued a scheduling order advising the party that oral argument will be conducted on both motions at the same time on

June 23, 2015. Another of the State Petitioners, North Dakota, intends to file a motion for preliminary injunction within the next seven days.[1]

Accordingly, movants respectfully request that the Court consolidate these two cases, given the common questions of law and fact, and because doing so will encourage the "just, speedy, and inexpensive" resolution of these actions. Fed. R. Civ. P. 1.

Counsel for Federal Respondents also have consulted with counsel for Intervenor-Respondents Sierra Club, Earthworks, The Wilderness Society, Western Resource Advocates, Conservation Colorado Education Fund, and Southern Utah Wilderness Alliance – who have intervened in both cases – and they have indicated that they do not object to consolidation on the terms described in this motion.

WHEREFORE, the Federal Respondents and State Petitioners pray that this Court will enter an order consolidating case number 2:15-cv-00041-SWS with case number 2:15-cv-00043-SWS and further order that the parties file all future pleadings and documents in the lead case 2:15-cv-00043-SWS.

Submitted this 3rd day of June, 2015.

JOHN C. CRUDEN
Assistant Attorney General

/s/ William E. Gerard
William E. Gerard
U.S. Department of Justice
Environment and Natural Resources Div.
PO Box 7611
Washington, DC 20044-7611
202-305-0475
202-305-0274
william.gerard@usdoj.gov

[1] The parties wish to notify the Court of North Dakota's intention, in order to facilitate the Court's management of these related cases. The Federal Respondents reserve their right to oppose North Dakota's motion on any grounds they deem appropriate.

David A. Carson
U.S. Department of Justice
Environment and Natural Resources Division
South Terrace – Suite 370
999 18th Street
Denver, CO 80202
Telephone: 303-844-1349
Fax: 303- 844-1350
david.a.carson@usdoj.gov

CHRISTOPHER A. CROFTS
United States Attorney

/s/ Nicholas Vassallo
Nicholas Vassallo
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Fax: 307-772-2123
nick.vassallo@usdoj.gov

*COUNSEL FOR FEDERAL RESPONDENTS*

/s/ Michael J. McGrady (with permission)
Michael J. McGrady
Senior Assistant Attorney General
Jeremy A. Gross
Assistant Attorney General
Wyoming Attorney General's Office
123 State Capitol
Cheyenne, Wyoming 82002
(307) 777-6946
mike.mcgrady@wyo.gov
jeremy.gross@wyo.gov

*COUNSEL FOR PETITIONER STATE OF WYOMING*

/s/ Frederick Yarger (with permission)
Frederick Yarger
Solicitor General
Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, Colorado

(720) 508-6168
fred.yarger@state.co.us

Andrew Kuhlmann
Senior Assistant Attorney General
Wyoming Attorney General's Office
123 State Capitol
Cheyenne, Wyoming 82002
(307) 777-6946
andrew.kuhlmann@wyo.gov

*COUNSEL FOR PETITIONER STATE OF COLORADO*

/s/ Paul M. Seby (with permission)

Paul M. Seby
Andrew C Emrich
Holland & Hart
555 Seventeenth Street
Suite 3200
Denver, CO 80202
Telephone: 303-295-8430
pmseby@hollandhart.com
ACEmrich@hollandhart.com

Wayne Stenehjem
North Dakota Attorney General's Office
600 E Boulevard Avenue #125
Bismarck, ND 58505
Telephone: 701-328-2210
ndag@nd.gov

Matthew A Sagsveen
Hope Hogan
North Dakota Attorney General's Office
500 North 9th Street
Bismarck, ND 58501
Telephone: 701-328-3640
masagsve@nd.gov
hhogan@nd.gov

*COUNSEL FOR INTERVENOR PETITIONER STATE OF NORTH DAKOTA*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of June, 2015, a copy of the foregoing (Unopposed) Joint Motion to Consolidate was electronically field with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ William E. Gerard
William E. Gerard