IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING; et al. | )<br>) |
| Petitioners, | ) Case No. 15-CV-00043-SWS<br>) |
| v. | ) **ORDER GRANTING**<br>) **JOINT MOTION TO** |
| UNITED STATES DEPARTMENT OF<br>THE INTERIOR; et al. | ) **CONSOLIDATE**<br>)<br>) |
| Respondents. | ) |

Upon consideration of Federal Respondents' and State Petitioners' Joint Motion to Consolidate, the Court hereby:

GRANTS the motion and consolidates the above-captioned matter, 2:15-cv-00043-SWS, with *Independent Petroleum Association of America et al. v. Jewell et al.*, 2:15-cv-00041-SWS (D. Wyo.), and

SETTING the above-captioned matter, 2:15-cv-00043-SWS, as the lead case in the consolidation of these matters, to which all future filings will be made.

Dated: 4th of June, 2015

_____
United States District Judge