
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING, et al., | Civil Case No. 15-CV-43-SWS |
| *Petitioners*, | (consolidated with 15-CV-41-SWS) |
| v. | |
| | **ORDER GRANTING** |
| UNITED STATES DEPARTMENT OF | **RESPONDENTS' (SECOND)** |
| THE INTERIOR; et al., | **MOTION FOR AN** |
| | **ENLARGEMENT OF TIME TO** |
| *Respondents*. | **LODGE THE ADMINISTRATIVE** |
| | **RECORD** |

Before the Court is Respondents' (second) motion for an enlargement of time to lodge the administrative record. Upon consideration of the same, and for good cause shown, the Court hereby GRANTS the motion. It is hereby ORDERED that the deadline for Respondents to lodge the administrative record is enlarged by 37 days, to and including August 28, 2015. This order does not alter the stay or any other elements of the Court's June 24, 2015 order.

Dated: July 16, 2015

United States Magistrate Judge