Michael S. Freeman, Colo. Bar #30007 (*Admitted Pro Hac Vice*)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 623-9466 (phone)
(303) 623-8083 (facsimile)
mfreeman@earthjustice.org

Megan L. Hayes (Bar. No. 6-2891)
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6258
mlhayes@wyoming.com

*Attorneys for Respondent-Intervenors Sierra Club, Earthworks, The Wilderness Society, Western Resource Advocates, Conservation Colorado Education Fund, and Southern Utah Wilderness Alliance*

Nathan Matthews, Cal. Bar # 264248 (*Admitted Pro Hac Vice*)
SIERRA CLUB
85 Second Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5695 (phone)
nathan.matthews@sierraclub.org

*Attorney for Respondent-Intervenor Sierra Club*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| **STATE OF WYOMING, et al.,** | 2:15-CV-00043-SWS [Lead] |
| **Petitioners,** | [Consolidated With 2:15-CV-00041] |
| v. | Assigned: Hon. Scott W. Skavdahl |
| **UNITED STATES DEPARTMENT OF THE INTERIOR, et al.** | |
| **Respondents,** | |
| **SIERRA CLUB, et al.,** | **RESPONDENT-INTERVENORS' MOTION FOR FINAL JUDGMENT OR STAY OF DISTRICT COURT PROCEEDINGS PENDING APPEAL** |
| **Respondent-Intervenors.** | |

For the reasons stated in the attached brief, Respondent-Intervenors (collectively the "Citizen Groups") respectfully request that the Court consolidate its September 30 Order on Motions for Preliminary Injunction (Dkt #130) (the "September 30 Order" or "Preliminary Injunction Order") with a final judgment on the merits.  Alternatively, the Citizen Groups respectfully move the Court to stay proceedings in this case pending resolution in the Tenth Circuit of an appeal of the Court's Preliminary Injunction Order.

The Citizen Groups have conferred with counsel for Petitioners, and counsel for the Federal Respondents ("BLM").  BLM takes no position on the request that the September 30 Order be consolidated with a final judgment on the merits.  Counsel for BLM indicated that the agency is still deliberating, but will likely oppose the alternative request for a stay pending appeal.  Petitioners Wyoming, Colorado, Independent Petroleum Association of America, and Western Energy Alliance, and Petitioner-Intervenors North Dakota and Utah, oppose this motion.  On Friday, November 13, counsel for the Citizen Groups conferred by telephone with counsel for Petitioner-Intervenor Ute Indian Tribe and the tribe has not yet taken a position on this motion.

A brief in support of this motion, along with two proposed orders addressing the alternative forms of requested relief, are attached.

Dated:  November 16, 2015

> s/Michael S. Freeman
> Michael S. Freeman
> EARTHJUSTICE
> 633 17th Street, Suite 1600
> Denver, CO  80202
> (303) 623-9466 (phone)
> (303) 623-8083 (facsimile)
> mfreeman@earthjustice.org

1

Megan L. Hayes
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6258
mlhayes@wyoming.com

*Attorneys for Respondent-Intervenors
Sierra Club, Earthworks, The Wilderness
Society, Western Resource Advocates,
Conservation Colorado Education Fund,
and Southern Utah Wilderness Alliance*

Nathan Matthews
SIERRA CLUB
85 Second Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5695 (phone)
nathan.matthews@sierraclub.org

*Attorney for Respondent-Intervenor
Sierra Club*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2015, a copy of the foregoing **RESPONDENT-INTERVENORS' MOTION FOR FINAL JUDGMENT OR STAY OF DISTRICT COURT PROCEEDINGS PENDING APPEAL** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Michael S. Freeman