Michael S. Freeman, Colo. Bar #30007 (*Admitted Pro Hac Vice*)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
(303) 623-9466 (phone)
(303) 623-8083 (facsimile)
mfreeman@earthjustice.org

Megan L. Hayes (Bar. No. 6-2891)
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6258
mlhayes@wyoming.com

*Attorneys for Respondent-Intervenors Sierra Club, Earthworks, The
Wilderness Society, Western Resource Advocates, Conservation
Colorado Education Fund, and Southern Utah Wilderness Alliance*

Nathan Matthews, Cal. Bar # 264248 (*Admitted Pro Hac Vice*)
SIERRA CLUB
85 Second Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5695 (phone)
nathan.matthews@sierraclub.org

*Attorney for Respondent-Intervenor Sierra Club*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **STATE OF WYOMING, et al.** | **2:15-CV-00043-SWS [Lead]** |
| **Petitioners,** | |
| **v.** | **[Consolidated With 2:15-CV-00041]** |
| **UNITED STATES DEPARTMENT OF THE INTERIOR, et al.** | **Assigned: Hon. Scott W. Skavdahl** |
| **Respondents,** | **RESPONDENT-INTERVENORS' NOTICE OF APPEAL** |
| **SIERRA CLUB, et al.** | |
| **Respondent-Intervenors.** | |

Respondent-Intervenors Sierra Club, Earthworks, The Wilderness Society, Western Resource Advocates, Conservation Colorado Education Fund, and Southern Utah Wilderness Alliance (collectively, the Citizen Groups) respectfully submit this Notice of Appeal of the Court's September 30, 2015 Order on Motions for Preliminary Injunction.  Dkt # 130.  This appeal is taken to the United States Court of Appeals for the Tenth Circuit.

Respectfully submitted this 27th day of November, 2015.

<div style="margin-left:50%">

*s/Michael S. Freeman*
Michael S. Freeman
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO  80202
(303) 623-9466 (phone)
(303) 623-8083 (facsimile)
mfreeman@earthjustice.org

Megan L. Hayes
Attorney at Law
910 Kearney Street
Laramie, WY 82070
(307) 760-6258
mlhayes@wyoming.com

*Attorneys for Respondent-Intervenors*
*Sierra Club, Earthworks, The Wilderness*
*Society, Western Resource Advocates,*
*Conservation Colorado Education Fund,*
*and Southern Utah Wilderness Alliance*

Nathan Matthews
SIERRA CLUB
85 Second Street, 2nd Floor
San Francisco, CA 94105
(415) 977-5695 (phone)
nathan.matthews@sierraclub.org

*Attorney for Respondent-Intervenor*
*Sierra Club*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2015, a copy of the foregoing **RESPONDENT-INTERVENORS' NOTICE OF APPEAL** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Michael S. Freeman