JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
WILLIAM E. GERARD
JODY H. SCHWARZ
REBECCA JAFFE
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0475
(202) 305-0245
(202) 305-0258
william.gerard@usdoj.gov
jody.schwarz@usdoj.gov
rebecca.jaffe@usdoj.gov
DAVID A. CARSON
South Terrace – Suite 370
999 18th Street
Denver, CO 80202
303-844-1349
david.a.carson@usdoj.gov

CHRISTOPHER A. CROFTS
United States Attorney
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STATE OF WYOMING, et al., | ) | Civil Case No. 15-CV-43-SWS |
| | ) | |
| *Petitioners*, | ) | (consolidated with 15-CV-41-SWS) |
| v. | ) | |
| | ) | **FEDERAL RESPONDENTS'** |
| UNITED STATES DEPARTMENT OF | ) | **RESPONSE TO RESPONDENT-** |
| THE INTERIOR; et al., | ) | **INTERVENORS' MOTION FOR** |
| | ) | **FINAL JUDGMENT OR STAY OF** |
| *Respondents.* | ) | **DISTRICT COURT** |
| | ) | **PROCEEDINGS PENDING** |
| | | **APPEAL** |

Federal Respondents S.M.R. Jewell, Secretary of the Interior, the United States Department of the Interior, the United States Bureau of Land Management ("BLM"), and Director of the BLM Neil Kornze respectfully submit their response to Respondent-Intervenors' Motion for Final Judgment or Stay of District Court Proceedings Pending Appeal (ECF No. 143). Federal Respondents do not oppose Respondent-Intervenors' motion for final judgment, but do oppose their alternative motion for a stay of proceedings pending appeal.

As also set forth in Federal Respondents' Motion to Bifurcate and Expedite Briefing on Legal Authority, filed concurrently with this Response, we agree with Respondent-Intervenors that the Court's ruling on the Secretary of the Interior's statutory authority to promulgate the final hydraulic fracturing rule is dispositive of the case and is a purely legal matter that requires no examination of the administrative record. Thus, both judicial economy and the parties' strong interests in a prompt resolution of this case would be served by proceeding expeditiously to resolve the statutory authority issue.

We understand, however, that Petitioners intend to oppose Respondent-Intervenors' motion, and we recognize that consolidation of an order on a preliminary injunction with a ruling on the merits is disfavored when there was no formal notice of consolidation pursuant to Federal Rule of Civil Procedure 65 at or before the preliminary injunction hearing. Unless Petitioners consent to Respondent-Intervenors' motion for final judgment, therefore, Federal Respondents believe that bifurcating the case and expediting briefing on the question of BLM's legal authority is the appropriate procedure for prompt resolution of the statutory authority issue.

For similar reasons—prompt resolution of the statutory authority issue and judicial economy—Federal Respondents oppose Respondent-Intervenors' alternative motion for a stay of proceedings pending any appeal of the preliminary injunction motion. A speedy resolution of

the merits of the legal authority issue is critical, and a stay of the whole case pending appeal would slow that process.

In conclusion, in the interest of promoting judicial economy and achieving a prompt final judgment on the statutory authority issue, Federal Respondents do not oppose Respondent-Intervenors' motion for a final judgment but propose an alternative course of action and oppose Respondent-Intervenors' alternate motion for a stay pending appeal.

Respectfully submitted this 30th day of November 2015.

/s/ Rebecca Jaffe
WILLIAM E. GERARD
JODY H. SCHWARZ
REBECCA JAFFE
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0475
(202) 305-0245
(202) 305-0258
william.gerard@usdoj.gov
jody.schwarz@usdoj.gov
rebecca.jaffe@usdoj.gov
DAVID A. CARSON
U.S. Department of Justice
Environment and Natural Resources Division
South Terrace – Suite 370
999 18th Street
Denver, CO 80202
Telephone: 303-844-1349
Facsimile: 303- 844-1350
david.a.carson@usdoj.gov

CHRISTOPHER A. CROFTS
United States Attorney

/s/ Nicholas Vassallo
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668

Telephone: 307-772-2124
nick.vassallo@usdoj.gov

*Attorneys for Federal Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2015 a copy of the foregoing **Federal Respondents' Response to Respondent-Intervenors' Motion for Final Judgment or Stay of District Court Proceedings Pending Appeal** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/ Rebecca Jaffe
REBECCA JAFFE

`