Robert J. Walker (7-4715)
Hickey & Evans, LLP
1800 Carey Ave., Suite 700
P.O. Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525
Fx: (307) 638-7335
rwaker@hickeyevans.com

*Attorney for the State of North Dakota*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STATE OF WYOMING; STATE OF COLORADO; STATE OF NORTH DAKOTA; and STATE OF UTAH, | ) ) ) ) | |
| Petitioners, | ) | Case No. 2:15-cv-00043-SWS |
| | ) | |
| v. | ) ) | Consolidated with 2:15-cv-00041-SWS |
| UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her capacity as Secretary of the Interior; BUREAU OF LAND MANAGEMENT; and NEIL KORNZE, in his capacity as Director, Bureau of Land Management, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

## MOTION TO SUBSTITUTE AS LOCAL COUNSEL

COMES NOW, Robert J. Walker ("Movant"), counsel for the State of North

Dakota ("North Dakota"), pursuant to Local Rule of the United States District

1

Court for the District of Wyoming 84.2(b), and hereby requests that he be substituted as local counsel for those attorneys who have already been admitted *Pro Hac Vice* on behalf of the state of North Dakota in the above captioned matter. In support of this motion, the Movant states as follows:

1.     On or about April 3, 2015, Wayne K. Stenehjem was admitted *pro hac vice* on behalf of North Dakota in the above captioned matter.

2.     On or about April 3, 2015, Paul M. Seby was admitted *pro hac vice* on behalf of North Dakota in the above captioned matter.

3.     On or about April 3, 2015, Matthew A. Sagsveen was admitted *pro hac vice* on behalf of North Dakota in the above captioned matter.

4.     On or about April 3, 2015, Hope Hogan was admitted *pro hac vice* on behalf of North Dakota in the above captioned matter.

5.     Up to the present time, local counsel for each of the foregoing *pro hac vice* admissions, under U.S.D.C.L.R. 84.2(b), has been Andrew C. Emrich (Wyo. Bar No. 6-4051).

6.     North Dakota has elected to substitute Movant, Robert J. Walker (Wyo. Bar No. 7-4715), as its local counsel in this matter.

7.     Movant, Robert J. Walker, is a current licensed member of the Wyoming State Bar and of this Court and is a member in good standing of both.

8.     Upon the best of his knowledge and belief, Movant vouches for the

good moral character and veracity of each of the following individuals: Wayne

Stenehjem, Paul Seby, Matthew Sagsveen, and Hope Hogan - the attorneys who

have already been admitted *pro hac vice* on behalf of North Dakota in the above

captioned matter.

9.      Movant states and affirms that as local counsel he is fully prepared

and will remain prepared to represent North Dakota at any time and in any

capacity.

10.     The affidavit completed by Wayne K. Stenehjam, as part of his initial

motion for admission *pro hac vice*, is attached hereto as ***Exhibit A.***

11.     The affidavit completed by Paul M. Seby, as part of his initial motion

for admission *pro hac vice*, is attached hereto as ***Exhibit B***.

12.     The affidavit completed by Matthew A. Sagsveen, as part of his initial

motion for admission *pro hac vice*, is attached hereto as ***Exhibit C.***

13.     The affidavit completed by Hope Hogan, as part of her initial motion

for admission *pro hac vice*, is attached hereto as ***Exhibit D.***

14.     The required fees for admission of Wayne Stenehjam, Paul Seby,

Matthew Sagsveen, and Hope Hogan were all submitted concurrently with their

initial motions for admission *pro hac vice*.

WHEREFORE, Movant respectfully requests that he be substituted as local

counsel, under U.S.D.C.L.R. 84.2(b).  Movant further requests that Andrew C.

Emrich be allowed to withdraw as local counsel without affecting the validity of the *pro hac vice* admissions of Wayne Stenehjam, Paul Seby, Matthew Sagsveen, or Hope Hogan.

Dated this 8th day of December, 2015.

/s/ Robert J. Walker_____
Robert J. Walker (#7-4715)
HICKEY & EVANS
1800 Carey Avenue, Suite 700
Cheyenne, WY   82001
Telephone: (307) 634-1525
Telefax: (307) 638-7335

*ATTORNEY FOR THE STATE OF NORTH DAKOTA*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 8, 2015, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties of record in the above captioned case.

/s/ Robert J. Walker_____
Hickey & Evans, LLP