JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
WILLIAM E. GERARD
JODY H. SCHWARZ
REBECCA JAFFE
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0475
(202) 305-0245
(202) 305-0258
william.gerard@usdoj.gov
jody.schwarz@usdoj.gov
rebecca.jaffe@usdoj.gov
DAVID A. CARSON
South Terrace – Suite 370
999 18th Street
Denver, CO 80202
303-844-1349
david.a.carson@usdoj.gov

CHRISTOPHER A. CROFTS
United States Attorney
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STATE OF WYOMING, et al.,           ) | |
| ) | Civil Case No. 15-CV-43-SWS |
| *Petitioners*,           ) | |
| v.           ) | (consolidated with 15-CV-41-SWS) |
| ) | |
| UNITED STATES DEPARTMENT OF           ) | **NOTICE OF APPEAL** |
| THE INTERIOR, et al.,           ) | |
| ) | |
| *Respondents*.           ) | |
| ) | |

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1292(a)(1), Federal Respondents Sally Jewell, Secretary of the Interior, the United States Department of the Interior, the United States Bureau of Land Management ("BLM"), and Director of the BLM Neil Kornze hereby appeal to the United States Court of Appeals for the Tenth Circuit from this Court's September 30, 2015 Order (ECF No. 130) granting Petitioners' preliminary injunction motions.

Respectfully submitted this 10th day of December 2015.

/s/ Rebecca Jaffe
WILLIAM E. GERARD
JODY H. SCHWARZ
REBECCA JAFFE
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 305-0475
           (202) 305-0245
           (202) 305-0258
Facsimile: (202) 305-0506
william.gerard@usdoj.gov
jody.schwarz@usdoj.gov
rebecca.jaffe@usdoj.gov

DAVID A. CARSON
U.S. Department of Justice
Environment and Natural Resources Division
South Terrace – Suite 370
999 18th Street
Denver, CO 80202
Telephone: 303-844-1349
Facsimile: 303-844-1350
david.a.carson@usdoj.gov

CHRISTOPHER A. CROFTS
United States Attorney

/s/ Nicholas Vassallo
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney

P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov

*Attorneys for Federal Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December 2015 a copy of the foregoing **Notice of Appeal** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>  /s/ Rebecca Jaffe
> REBECCA JAFFE

`