# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

_____

| | |
|---|---|
| STATE OF WYOMING; STATE OF COLORADO; STATE OF NORTH DAKOTA; and STATE OF UTAH,  )<br>)<br>)<br>) | |
| Petitioners,  ) | Case No. 2:15-CV-00043-SWS |
| ) | |
| v.  ) | Consolidated with 2:15-cv-00041-SWS |
| ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her capacity as Secretary of the Interior; BUREAU OF LAND MANAGEMENT; and NEIL KORNZE, in his capacity as Director, Bureau of Land Management,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Respondents.  )<br>) | |

## NOTICE OF WITHDRAWAL AS COUNSEL

Andrew C. Emrich of Holland & Hart LLP ("Counsel"), counsel for Petitioner State of North Dakota ("North Dakota"), pursuant to U.S.D.C.L.R. 84.3(c), hereby notices his withdrawal from representation of North Dakota in the above-captioned matter. In support of this Notice, Counsel states as follows:

1. Paul M. Seby is lead counsel for North Dakota in this matter and will remain actively involved in this case.

2. Mr. Seby is no longer an attorney at Holland &Hart LLP and has moved his practice to Greenberg Traurig LLP, located at 1200 17th Street, Suite 2400, Denver, CO 80202.

3. On December 8, 2015, North Dakota filed a Motion to substitute Mr. Robert Walker as local counsel for Mr. Emrich. [Dkt. No. 159]. Mr. Walker is an attorney with Hickey & Evans, LLP, located at 1800 Carey Ave., Suite 700, Cheyenne, WY 82003. The Court admitted Mr. Walker as local counsel on December 9, 2015, through its Order on Motion to Substitute Local Counsel [Dkt. No. 160].

4. Counsel for North Dakota has consented to the withdrawal of Mr. Emrich as counsel for North Dakota.

Respectfully submitted December 10, 2015.

/s/ Andrew C. Emrich
Andrew C. Emrich, P.C.
HOLLAND & HART LLP
6380 South Fiddlers Green Circle, Suite 500
Greenwood Village, CO 80111
T: (303) 290-1621
F: (303) 290-1606
ACEmrich@hollandhart.com

**Withdrawing Attorney for State of North Dakota**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing NOTICE OF WITHDRAWAL AS COUNSEL was served on all counsel of record by the Court's ECF system on December 10, 2015.

                                     */s/ Andrew C. Emrich*

8299403_1