

FILED

5:01 pm, 1/11/16

U.S. Magistrate Judge

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| STATE OF WYOMING, et al., | ) | Civil Case No. 15-CV-43-SWS |
| | ) | (consolidated with 15-CV-41-SWS) |
| *Petitioners*, | ) | |
| v. | ) | **ORDER GRANTING JOINT MOTION** |
| | ) | **TO MODIFY BRIEFING SCHEDULE** |
| UNITED STATES DEPARTMENT OF | ) | **FOR MOTIONS TO COMPLETE AND** |
| THE INTERIOR, et al., | ) | **MODIFY ADMINISTRATIVE RECORD** |
| | ) | |
| *Respondents.* | ) | |
| | ) | |
| | ) | |

Federal Respondents and Petitioners the State of Wyoming, the State of North Dakota, the State of Colorado, the State of Utah, the Independent Petroleum Association of America, and the Western Energy Alliance have filed a Joint Motion to Modify Briefing Schedule for Motions to Complete and Modify Administrative Record ("Joint Motion"). This Joint Motion seeks to modify the briefing schedule for State Petitioners' Motion to Complete the Administrative Record (ECF No. 138) and Industry Petitioners' Motion to Modify the Administrative Record (ECF No. 137) (collectively, "Motions to Complete"). Upon consideration of the Joint Motion, it is hereby:

ORDERED that the Joint Motion is GRANTED; and it is further

ORDERED that on or by February 9, 2016, State Petitioners and Industry Petitioners each will either re-file their Motions to Complete, with or without revisions, or file a notice indicating that they have withdrawn their Motions to Complete; and it is further

ORDERED that the deadline for Federal Respondents' responses to those Motions to Complete will be postponed until after Petitioners re-file or withdraw their Motions, such that any such response will be due 14 days after any Motion to Complete is re-filed. However, as the Court has extended numerous deadline in this case, the Court notes this will be the final extension of time provided to the parties regarding the completion of the administrative record and the briefing schedule.

Dated this 11th day of January, 2016,

_____
U.S. Magistrate Judge