

**U.S. Department of Justice**

Environment and Natural Resources Division

RECEIVED

JAN 1 9 2016

CLERK, U.S.D.C.
CASPER, WYOMING

*Natural Resources Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 305-0475*
*Facsimile (202) 305-0506*

January 15, 2016

**Via FedEx Priority Overnight**
Clerk of Court
Chambers of Judge Scott W. Skavdahl
Ewing T. Kerr Federal Building and U.S. Courthouse
111 South Wolcott
Casper, WY 82601-2534

Re:  Lodging of corrected Administrative Record in Civil Case No. 15-CV-43-S) (consolidated with No. 15-CV-41-S)

Dear Sir or Madam,

In accordance with the Court's November 17, 2015, Order (ECF No. 145) and Local Rule 83.6(b)(1)-(2), Federal Respondents in *State of Wyoming, et al., v. U.S. Dept. of the Interior, et al.* (Civil Case No. 15-CV-43-S) (consolidated with *Independent Petroleum Association of America, et al., v. Jewell, et. al.*, No. 15-CV-41-S) hereby lodge the corrected Administrative Record for BLM's Rule on Hydraulic Fracturing on Federal and Indian Lands, 80 Fed. Reg. 16,128 – 16,222 (Mar. 26, 2015).

Federal Respondents noticed and certified on August 27, 2015, and lodged with the Court and served on all parties on August 28, 2015, the Administrative Record. (ECF No. 113.) That Administrative Record contains both a Public Submissions Record and a Record of all other documents considered in the course of the rulemaking, on a set of nine DVD discs. Specifically, that previously-lodged record comprises (i) the public submissions, Bates numbers DOIPS0000001 to DOIPS0435903, which are contained on five discs labeled "Admin Records Production – Public Submissions;" and (ii) the record of all other documents considered in the course of the rulemaking, Bates numbers DOIAR0000001 to DOIAR0110783, which are contained on four discs labeled "Admin Record Production." All of those discs also include an Index hyperlinked to the record documents. The "Admin Record Production" discs also contain a Privilege Log for documents in the record which were withheld or redacted for privilege or exemption.

Federal Respondents now lodge and serve the corrected Administrative Record, which was assembled by BLM and the Department of the Interior, in accordance with Local Rule 83.6(b)(1)-(2). The corrected record replaces the portion of the previously-lodged record

consisting of the four discs labeled "Admin Record Production," described above, as well as the Privilege Log and corresponding portion of the Index. The corrected Administrative Record does not replace the five previously-lodged discs labeled "Admin Records Production – Public Submissions," which remain part of the Administrative Record in this matter. For the convenience of the Court and the parties, Federal Respondents also include with the corrected record a log of documents stricken from the corrected record and a log of documents previously withheld for privilege and now released in the corrected record.

Enclosed please find the following items:

1. two thumb drives, each with the corrected Administrative Record (including, in electronic form, the record documents, Index, Privilege Log, a log of documents stricken from the corrected record, and a log of documents previously withheld and now released),
2. two printed copies of the Index for the corrected Administrative Record,
3. two printed copies of the Privilege Log for all documents in the corrected Administrative Record which were withheld or redacted for privilege or exemption,
4. two printed copies of the log of documents stricken from the corrected record, and
5. two printed copies of the log of documents previously withheld and now released in the corrected record.

These documents have been sent to you today, January 15, 2016, by Fedex Priority Overnight service, for delivery on or before January 19, 2016.

Sincerely,

William E. Gerard
Trial Attorney