Jeffrey R. Rasmussen (Admitted *Pro Hac*)
Jeremy P. Patterson (Admitted *Pro Hac*)
Christopher J. Reagen (Admitted *Pro Hac*)
FREDERICKS PEEBLES & MORGAN LLP
1900 Plaza Drive, Louisville, CO 80027
Telephone: (303) 673-9600; Fax: (303) 673-9155
Email: jrasmussen@ndnlaw.com
Email: jpatterson@ndnlaw.com
Email: creagen@ndnlaw.com
*Attorneys for Ute Indian Tribe, Petitioner-Intervenor*

Scott P. Klosterman (Bar No. 6-3081)
**WILLIAMS, PORTER, DAY, & NEVILLE, P.C.**
159 North Wolcott, Suite 400
Casper, WY  82601
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
Email:  sklosterman@wpdn.net
*Local Counsel for Ute Indian Tribe, Petitioner-Intervenor*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| STATE OF WYOMING, et al.,<br><br>　　Petitioners,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her Official capacity as Secretary of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; and NEIL KORNZE, in his official capacity as Director of the Bureau of Land Management,<br><br>　　Respondents. | NOTICE OF WITHDRAWAL OF COUNSEL<br>Case No. 2:15-cv-00043-SWS<br><br>(consolidated with 15-cv-00041-SWS)<br><br>Assigned:  Judge Scott W. Skavdahl |

Christopher J. Reagen of Fredericks Peebles & Morgan LLP ("Counsel"), counsel for Intervenor the Ute Indian Tribe ("Tribe"), pursuant to U.S.D.C.L.R. 84.3(b), hereby notices his withdrawal from representation of the Tribe in the above-captioned matter.  In support of this Notice, Counsel states as follows:

1. Jeffrey S. Rasmussen and Jeremy J. Patterson are both still counsel for the Tribe in this matter and will remain actively involved in this case.

2. Counsel will no longer be an attorney at Fredericks Peebles & Morgan LLP and has moved to Haynes and Boone, LLP, 1801 Broadway Street Denver, CO 80202.

3. Jeffrey S. Rasmussen and Jeremy J. Patterson for the Tribe has consented to the withdrawal of Christopher Reagen as counsel for the Tribe.

Respectfully submitted this 26th day of February, 2016.

FREDERICKS PEEBLES & MORGAN LLP

 /s/   Christopher Reagen
Jeffrey S. Rasmussen, *Pro Hac Vice*
Christopher Reagen, *Pro Hac Vice*
1900 Plaza Drive
Louisville, Colorado   80027
Telephone: (303) 673-9600
Facsimile:  (303) 673-9155
Email:  jrasmussen@ndnlaw.com
Email: creagen@ndnlaw.com

Scott P. Klosterman (Bar No. 6-3081)
WILLIAMS, PORTER, DAY, & NEVILLE, P.C.
159 North Wolcott
Suite 400
Casper, WY  82601
Telephone: (307) 265-0700
Facsimile: (307) 266-2306
Email:  sklosterman@wpdn.net
*Attorneys for Petitioner-Intervenor*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2016, I filed a true and correct copy of **Notice of Withdrawal of Counsel** via the court's ECF system, with notification sent to those listed below.

Nicholas Vassallo
US ATTORNEY'S OFFICE
P O Box 668
Cheyenne, WY 82003-0668
Telephone: (307) 772-2124
Fax: (307) 772-2123
Email: nick.vassallo@usdoj.gov

Attorney for Respondents Sally Jewell, Neil Kornze, United States Department of the Interior and United States Bureau of Land Management

William E Gerard
US DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
WILDLIFE & MARINE RESOURCES
Benjamin Franklin Station
PO Box 7611
Washington, DC 20044-7611
Telephone: (202) 305-0475
Facsimile: (202) 305-0274
Email: william.gerard@usdoj.gov

Attorney for Respondents Sally Jewell, Neil Kornze, United States Department of the Interior and United States Bureau of Land Management

Jeremy A Gross
Michael James McGrady
WYOMING ATTORNEY GENERAL'S OFFICE
Natural Resources Division
123 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-6946
Facsimile: (307) 777-3542
Email: mike.mcgrady@wyo.gov
Email: jeremy.gross@wyo.gov

Attorneys for Petitioner State of Wyoming

Andrew J Kuhlmann
WYOMING ATTORNEY GENERAL'S OFFICE
123 Capitol Building
Cheyenne, WY 82002
Telephone: (307) 777-3537
Facsimile: (307) 777-3542
Email: andrew.kuhlmann@wyo.gov

Attorney for Petitioner State of Wyoming

Frederick R. Yarger
COLORADO ATTORNEY GENERAL'S OFFICE
1300 Broadway 10th Floor
Denver, CO 80203
Telephone: (720) 508-6168
Email: fred.yarger@state.co.us

Attorneys for Petitioner State of Colorado

Andrew C Emrich
HOLLAND & HART
6380 South Fiddlers Green Circle
Suite 500
Greenwood Village, CO 80111
Telephone: (303) 290-1621
Facsimile: (866) 711-8046
Email: ACEmrich@hollandhart.com

Attorney for Intervenor Petitioner State of North Dakota

Paul M Seby
HOLLAND & HART
555 Seventeenth Street
Suite 3200
Denver, CO 80202
Telephone: (303) 295-8430
Email: pmseby@hollandhart.com

Attorney for Intervenor Petitioner State of North Dakota

Hope Hogan
Matthew A Sagsveen
NORTH DAKOTA ATTORNEY GENERALS OFFICE
500 North 9th Street
Bismarck, ND 58501
Telephone: (701) 328-3640
Email: hhogan@nd.gov
Email: masagsve@nd.gov

Attorney for Intervenor Petitioner State of North Dakota

Lauren R Caplan
HOLLAND & HART LLP
975 F Street NW
Suite 900
Washington, DC 20004
Telephone: (202) 654-6919
Email: lrcaplan@hollandhart.com

Attorney for Intervenor Petitioner State of North Dakota

Wayne Stenehjem
NORTH DAKOTA ATTORNEY GENERALS OFFICE
600 E Boulevard Avenue #125
Bismarck, ND 58505
Telephone: (701)328-2210
Email: ndag@nd.gov

Attorney for Intervenor Petitioner State of North Dakota

Michael S. Freeman
R Benjamin Nelson
EARTHJUSTICE
633 17th Street
Suite 1600
Denver, CO 80202-3625
Telephone: (303) 623-9466
Email: mfreeman@earthjustice.org
Email: bnelson@earthjustice.org

Attorneys for Intervenor Respondents Conservation Colorado Education Fund, Earthworks, Sierra Club, Southern Utah Wilderness Alliance, Western Resource Advocates, and Wilderness Society

Nathan Matthews
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
85 Second Street
Second Floor
San Francisco, CA 94105
Telephone: (415) 977-5695
Email: Nathan.matthews@sierraclub.org

Attorney for Intervenor Respondent Sierra Club


/s/   *Christopher Reagen*