AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| State of Wyoming, et al. | ) |
| | ) |
| v. | )  Case No.: 2:15-CV043-SWS (Lead), 2:15-CV-041 |
| United States Department of Interior, et al. | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _06/22/2016_ against _Defendants_ ,
                                                              Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................. | $ 600.00 |
| Fees for service of summons and subpoena ........................... | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 0.00 |
| Fees and disbursements for printing ................................. | 0.00 |
| Fees for witnesses *(itemize on page two)* ............................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................. | 7,023.50 |
| Docket fees under 28 U.S.C. 1923 .................................... | |
| Costs as shown on Mandate of Court of Appeals ....................... | 0.00 |
| Compensation of court-appointed experts ............................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ........................................ | |
| TOTAL | $ 7,623.50 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service        ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _/s/ M. Barron_____

Name of Attorney: Mark S. Barron

For:  Independent Petroleum Association of America and Western Energy Alliance        Date:  07/06/2016
            *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
   *Clerk of Court*                *Deputy Clerk*              *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

```
              COURTS/USDC-WY
            2120 CAPITOL AVE 2131
              CHEYENNE, WY 82001


TERMINAL I.D.:                    13400001

MERCHANT #:                000000001170480

VI
SALE
BATCH: 000639          INVOICE: 000001
DATE: MAR 20, 15       TIME: 14:03
RRN: 000138513572      AUTH NO: 02195C

************6771


TOTAL                    $200.00



ALEXANDER K OBRECHT



              CUSTOMER COPY
```

PAYEE NAME:   Clerk US District Court, District of Wyoming  
PAYEE NUMBER:   10017556.1

CHECK DATE: 01/27/15  
CHECK NO.   332692

## Baker & Hostetler LLP    3200 PNC CENTER, 1900 EAST 9th STREET, CLEVELAND, OH 44114-3482

If you have questions regarding this check, please contact our Accounts Payable department at (216) 861-6749 or bhfwap@bakerlaw.com

604254          Requested By:  Leggette, L. Poe

| INVOICE NUMBER | INVOICE DATE | INVOICE DESCRIPTION | AMOUNT |
|---|---|---|---|
| CLERK-01232015 | 01-23-2015 | CRINV Filing Fee for Petition for Review SEND TO S Quinn | 400.00 |

TOTAL   $   400.00

```
Court Name: U.S. District Court of Wyoming
Division: 2
Receipt Number: CHY021504
Cashier ID: klcash
Transaction Date: 03/20/2015
Payer Name: Baker and Hosteler
-------------------------------------
CIVIL FILING FEE
 For: Baker and Hosteler
 Case/Party: D-WYX-2-15-CV-000041-001
 Amount:      $400.00
-------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 332692
 Amt Tendered:   $400.00
-------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

A fee of $53.00 will be assessed
for each returned check.
```

DETACH BEFORE DEPOSITING



**345 Park Avenue | New York, NY 10154**
P: 212.813.7000 | F: 212.354.6626

| INVOICE | DATE | NUMBER |
|---|---|---|
| | 08/31/15 | 066300 |

For billing inquiries, please call (212) 813-7000

Tax ID: 26-0074903

| BILL TO | SHIP TO |
|---|---|
| Baker & Hostetler LLP<br>1801 California St, Suite 4400<br>Denver, CO 80202-2662<br><br>ATTN: Mark Barron | Baker & Hostetler LLP<br>1801 California St, Suite 4400<br>Denver, CO 80202-2662<br><br>ACCT-No: BAK207 |

| CDS JOB-No | ORDER DATE | REQUESTED BY | ATTORNEY |
|---|---|---|---|
| NYE201508000543 | 08/28/15 | Michael Gibbons | Mark Barron |

| CLIENT MATTER NUMBER | CASE NAME |
|---|---|
| 028503-000006 | Independent Petroleum |

| QUANTITY | UNIT | PARTICULARS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 33.805 | Per GB | EDD - Native Data Processing (GB) | 200.00 | 6761.00 |
| 44 | Per Page | OCR | 0.01 | 0.44 |

| | ORDER TOTAL | 6761.44 |
|---|---|---|
| | FREIGHT | |
| | OTHERS | |
| | SALES TAX | |
| **PAYMENT TERMS: DUE UPON RECEIPT** | * INVOICE TOTAL | 6761.44 |

ACH Information:
First Republic Bank
ABA: 321081669
Acct No: 80003050242

Wiring Information:
First Republic Bank
ABA: 321081669
Acct No: 80003050242
Swift Code: FRBBUS6S

CUSTOMER COPY



345 Park Avenue | New York, NY 10154
P: 212.813.7000 | F: 212.354.6626

| INVOICE | DATE | NUMBER |
|---|---|---|
| | 08/31/15 | 066300 |

## BILLING SUMMARY

PAGE: 2

```
PROJECT TRACKING:
-----------------


Volume              : VOL20150830
Custodian           : DOJ
DocID/Bates Range:  DOIAR_Index - DOISP_Index
Source Size         : 0.005
Output Size         : 0.014
Document Count      : 3
Page Count          : 0
--------------------------------------------------------------------------------


Volume              : SRC001
Custodian           : DOJ
DocID/Bates Range:  DOIAR0000001 - DOIPS0435901
Source Size         : 33.8GB
Output Size         : 35GB
Document Count      : 39881
Page Count          : 0
--------------------------------------------------------------------------------
```



**CDS**
COMPLETE DISCOVERY SOURCE
345 Park Avenue | New York, NY 10154
P: 212.813.7000 | F: 212.354.6626

| I N V O I C E | DATE | NUMBER |
|---|---|---|
| | 08/31/15 | 066300 |

## BILLING SUMMARY                                                         PAGE: 3

TIME TRACKING:
---------------

---
### EDD Processing
---

Requested By          : Michael Gibbons             Request Date  : 08/30/15
Billing Description: EDD Technical Time             Billable Hours: 0

Work Description      : Matching Client Specifications on Processing deliverable

Notes                 : VOL20150830

* * * * *

Requested By          : Michael Gibbons             Request Date  : 08/28/15
Billing Description: EDD Technical Time             Billable Hours: 0

Work Description      : Matching Client Specifications on Processing deliverable

Notes                 : DVDs

---
### Online Hosting
---

Requested By          : Michael Gibbons             Request Date  : 08/28/15
Billing Description: Hosting Support                Billable Hours: 0

Work Description      : Overlay metadata to the workspace.|Moving documents to the designated
                        folder in the workspace.|Initiate full build DtIndex. ;

Notes                 : RE: 028503_000006_Independent Petroleum - Discs for Processing



| INVOICE | DATE | NUMBER |
|---|---|---|
| | 08/31/15 | 066300 |

## BILLING SUMMARY

PAGE: 4

TIME TRACKING:
---------------

\* \* \* \* \*

Requested By       : Michael Gibbons            Request Date  : 08/28/15
Billing Description: Hosting Support            Billable Hours: 0

Work Description   : Overlay metadata into the database. ;

Notes              : RE: 028503_000006_Independent Petroleum - Discs for Processing

\* \* \* \* \*

Requested By       : Michael Gibbons            Request Date  : 08/28/15
Billing Description: Hosting Support            Billable Hours: 0

Work Description   : Importing data to Relativity;
                     Load newly processed data to database;
                     Full QC of data loaded and properly update media tracking tab

Notes              : RE: 028503_000006_Independent Petroleum - Discs for Processing



345 Park Avenue | New York, NY 10154
P: 212.813.7000  I  F: 212.354.6626

| I N V O I C E | DATE | NUMBER |
|---|---|---|
|  | 08/31/15 | 066300 |

# BILLING SUMMARY

PAGE: 5

ITEM TRACKING:
---------------


Service              : EDD Processing
Billing Description: EDD - Native Data Processing (GB)
Requested By         : Michael Gibbons
Request Date         : 08/30/15
Quantity             : 0.005
Notes                : VOL20150830
--------------------------------------------------------------------------------


Service              : EDD Processing
Billing Description: EDD - Native Data Processing (GB)
Requested By         : Michael Gibbons
Request Date         : 08/28/15
Quantity             : 33.8
Notes                : DVDs
--------------------------------------------------------------------------------


Service              : EDD Processing
Billing Description: OCR
Requested By         : Michael Gibbons
Request Date         : 08/28/15
Quantity             : 44
Notes                : DVDs
--------------------------------------------------------------------------------



345 Park Avenue | New York, NY 10154
P: 212.813.7000 | F: 212.354.6626

| INVOICE | DATE | NUMBER |
|---|---|---|
| | 01/31/16 | 068936 |

For billing inquiries, please call (212) 813-7000

Tax ID: 26-0074903

| BILL TO | SHIP TO |
|---|---|
| Baker & Hostetler LLP<br>1801 California St, Suite 4400<br>Denver, CO 80202-2662<br><br>ATTN: Mark Barron | Baker & Hostetler LLP<br>1801 California St, Suite 4400<br>Denver, CO 80202-2662<br><br>ACCT-No: BAK207 |

| CDS JOB-No | ORDER DATE | REQUESTED BY | ATTORNEY |
|---|---|---|---|
| NYE201601000289 | 01/01/16 | MICHAEL GIBBONS | MARK BARRON |

| CLIENT MATTER NUMBER | CASE NAME |
|---|---|
| 028503-000006 | Independent Petroleum |

| QUANTITY | UNIT | PARTICULARS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 58.5 | Per GB | Monthly Data Hosting (GB) | 20.00 | 1170.00 |
| 3 | Per User | Monthly User License | 100.00 | 300.00 |
| 1.5 | Per Hour | Project Management Time | 175.00 | 262.50 |

| | |
|---|---|
| ORDER TOTAL | 1732.50 |
| FREIGHT | |
| OTHERS | |
| SALES TAX | |

PAYMENT TERMS: DUE UPON RECEIPT

| * INVOICE TOTAL | 1732.50 |
|---|---|

ACH Information:
First Republic Bank
ABA: 321081669
Acct No: 80003050242

Wiring Information:
First Republic Bank
ABA: 321081669
Acct No: 80003050242
Swift Code: FRBBUS6S

CUSTOMER COPY



|  | INVOICE | DATE | NUMBER |
|---|---|---|---|
|  |  | 01/31/16 | 068936 |

## BILLING SUMMARY

PAGE: 2

TIME TRACKING:
---------------

---
                                    Online Hosting
---

```
Requested By        : Michael Gibbons              Request Date   : 01/19/16
Billing Description: Project Management Time       Billable Hours: 1.5

Work Description    : Prepare new data for processing/loading.  Prepared multiple reports
                      and exchanged multiple email with client regarding incoming data
                      contents and specific loading instructions. ;
                      Communication with client regarding case (email or telephone);
                      Discussion regarding workflow for case;
                      Discussion regarding issues/questions related to database;
                      Discussion regarding status of case, new data, change in protocol,
                      change in deadlines;
                      Create and run complex saved search(es) based on client request

Notes               : Independent Petroleum Relativity Database
```

\* \* \* \* \*

```
Requested By        : Michael Gibbons              Request Date   : 01/20/16
Billing Description: Project Management Time       Billable Hours: 0

Work Description    : Overlay data into the workspace. ;

Notes               : RE: Independent Petroleum Relativity Database
```

\* \* \* \* \*

```
Requested By        : Michael Gibbons              Request Date   : 01/20/16
Billing Description: Project Management Time       Billable Hours: 0

Work Description    : Append new data into the workspace. ;

Notes               : RE: Independent Petroleum Relativity Database
```



345 Park Avenue | New York, NY 10154
P: 212.813.7000 | F: 212.354.6626

| INVOICE | DATE | NUMBER |
|---|---|---|
| | 01/31/16 | 068936 |

## BILLING SUMMARY

PAGE: 3

TIME TRACKING:
---------------

\* \* \* \* \*

Requested By         : Michael Gibbons                    Request Date   : 01/20/16
Billing Description: Project Management Time              Billable Hours: 0

Work Description     : Imported the documents to the worksapce and completed, QC, Tag and
                       updated the index. |Doc: 4 ;

Notes                : RE: Independent Petroleum Relativity Database



345 Park Avenue | New York, NY 10154
P: 212.813.7000 | F: 212.354.6626

| INVOICE | DATE | NUMBER |
|---|---|---|
| | 01/31/16 | 068936 |

## BILLING SUMMARY

PAGE: 4

```
ITEM TRACKING:
---------------


Service              : Online Hosting
Billing Description: Monthly Data Hosting (GB)
Requested By         : Michael Gibbons
Request Date         : 10/01/15
Quantity             : 58.5
Notes                :
------------------------------------------------------------------------


Service              : Online Hosting
Billing Description: Monthly User License
Requested By         : Michael Gibbons
Request Date         : 10/01/15
Quantity             : 3
Notes                :
------------------------------------------------------------------------
```