

**FILED**

*1:55 pm, 8/12/16*
**Stephan Harris**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING; STATE OF COLORADO; INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA; WESTERN ENERGY ALLIANCE )))) | |
| Petitioner ) | |
| ) | |
| STATE OF NORTH DAKOTA; UTE INDIAN TRIBE; STATE OF UTAH )) | |
| ) | |
| Intervenor Petitioner ) | |
| ) | |
| vs ) | 15-CV-43-SWS |
| ) | |
| UNITED STATES BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF INTERIOR SECRETARY, *in her official capacity, a/k/a* SALLY JEWELL; UNITED STATES BUREAU OF LAND MANAGEMENT DIRECTOR, *a/k/a* NEIL KORNZE; UNITED STATES DEPARTMENT OF INTERIOR )))))))) | |
| ) | |
| Respondents ) | |
| ) | |
| SIERRA CLUB; EARTHWORKS; WESTERN RESOURCE ADVOCATES; CONSERVATION COLORADO EDUCATION FUND; WILDNERNESS SOCIETY; SOUTHERN UTAH WILDERNESS ALLIANCE; ))))))) | |
| ) | |
| Intervenor Respondents ) | |

## CLERK'S BILL OF COSTS

Petitioner Independent Petroleum Association of America and Western Energy Alliance are awarded their costs as follows:

Fees of the Clerk

    Filing Fee:                                                               $  400.00

    Pro Hac Vice Fees:                                        - costs not allowable


Fees for Exemplification and the cost of making copies

    EDD – Native Data Processing
    Overlaying Data to Workspace
    Importing Data to Relativity; load newly processed data to database;
        Full QC of data loaded and properly updated media tacking tab;
    Project Management Time
    Prepare new data for processing/loading. Prepared multiple reports
        and exchanged multiple email with client regarding incoming
        data contents and specific loading instructions; Communication
        with client regarding case (email or telephone); Discussion
        regarding workflow for case; Discussion regarding issues/questions
        related to database; Discussion regarding status of case, new data,
        change in protocol, change in deadlines; Create and run complex
        saved search(es) based on client request
    Import documents to the workspace and completed/QC/Tag and update the index


                                                                             - costs not allowable



SEE LOCAL RULE 54.2(f)(4) which reads in part:
        The costs of copies of an exhibit are taxable when copies
        are admitted into evidence in lieu of originals which are not
        available for introduction into evidence. The costs of copies
        submitted in lieu of originals because of convenience of
        offering counsel are not taxable. The costs of copies obtained
        for counsels' own use are not taxable.

Total Costs Allowed                                                                $  400.00

Dated this 12th day of August, 2016.

STEPHAN HARRIS
Clerk of Court


By:  Johnna Galik
     Deputy Clerk